# EXHIBIT A TO NOTICE OF REMOVAL

**ORIG. "CASE"**

20566881

15TH JUDICIAL DISTRICT COURT FOR THE PARISH OF LAFAYETTE

STATE OF LOUISIANA

NO.: _____                                           DIVISION _____

JONAH J. CORMIER          2011-1863A

versus

JPMORGAN CHASE & CO., AND CHASE HOME FINANCE, LLC

---

## PETITION FOR DAMAGES AND FOR PRELIMINARY OR PERMANENT INJUNCTIVE RELIEF TO ARREST SEIZURE AND SALE

**NOW INTO COURT,** through undersigned counsel, comes **JONAH J. CORMIER**, who respectfully petitions this Honorable Court, as follows:

## PARTIES

**1.**

**JONAH J. CORMIER,** ("Plaintiff" or "**CORMIER**"), is of the full age of majority domiciled in Lafayette Parish, State of Louisiana, residing at 510 Summerfest Drive, Lafayette, Louisiana 70507.

**2.**

**JPMORGAN CHASE & CO.,** a foreign business corporation organized under the laws of the state of Delaware, and its subsidiary, **CHASE HOME FINANCE, LLC,** each continuously and systematically conducting business in the State of Louisiana, and are named as defendants herein, ("Defendants" or "**CHASE**").

## BACKGROUND

**3.**

On or about October 28, 2008, **CHASE** voluntarily elected to participate in the United States Department of the Treasury's Troubled Assets Relief Program (TARP) Capital Purchase Program (CCP), whereby **CHASE** received $25,000,000,000.00 from the Treasury Department in exchange for certain shares of preferred stock.

**4.**

As a condition precedent to Defendants' participation in TARP CCP, **CHASE** executed a Securities Purchase Agreement dated October 26, 2008, with the United States Department of the Treasury, wherein **CHASE** agreed, "to work diligently, under existing programs, to modify the terms of residential mortgages as appropriate to strengthen the health of the U.S. housing market."

**5.**

In May, 2009, the "Helping Families Save Their Homes Act of 2009,"[1] was signed into law, generating numerous incentive-laden programs to induce financial institutions to successfully assist homeowners in modifying their mortgages. The Home Affordable Modification Program (HAMP), administered by the Department of Treasury, is one such

---

[1] H.R. 1106 or S. 896.

program designed to assist homeowners in avoiding foreclosure by providing these institutions clear and consistent loan modification guidelines to help borrowers obtain more affordable payments.

6.

Defendants' implementation of the various loan modification programs and the contractual process resulting therefrom has proved to be an epic failure, rife with negligent misrepresentation, fraudulent inducement, gross mismanagement, bad faith dealing, unfair trade practices, and the implementation of systematic unlawful foreclosure proceedings for its financial benefit. It is generally financially advantageous for defendants to foreclose rather than offer permanent loan modifications.

7.

Data compiled by the United States Department of Treasury indicates that less six percent (6%) of eligible homeowners have been provided permanent loan modifications under HAMP since 2009, evidencing the dysfunction of the entire participating loan servicing industry.

FACTUAL ALLEGATIONS
8.

On June 15, 2007, **CORMIER** purchased the property located at 510 Summerfest Drive, Lafayette, Louisiana to be occupied as his family's principal residence. Mr. and Mrs. Cormier, along with their daughter, have continuously lived at this residence since the date of purchase.

9.

To obtain financing for the transaction, **CORMIER** signed a promissory note dated June 15, 2007, evidencing a loan received from Meritas Mortgage, LLC in the amount of $164,000.00. **CORMIER** neither received nor is aware that authentic evidence of this note was filed in this executory proceeding.

10.

To secure the transaction, **CORMIER** granted a mortgage on the property in favor of Meritas Mortgage, LLC, its successors and/or assigns, in the amount of $164,000.00. Meritas, thereafter assigned the mortgage note and mortgage to AmTrust Bank and AmTrust Financial Services, Inc., a lender based in New York, New York, although **CORMIER** neither received nor is aware that authentic evidence of this assignment was filed in the public records of Lafayette Parish, Louisiana or in the executory proceeding.

11.

In August 2007, **CORMIER** commenced sending AmTrust Bank monthly principal and interest payments in the amount of $1,300.00.  For approximately two (2) years **CORMIER** consistently and timely provided AmTrust the required monthly payment due, totaling over $31,000.00.

12.

In 2009, AmTrust Bank assigned **CORMIER'S** loan and mortgage to **CHASE HOME FINANCE, LLC,** although **CORMIER** neither received nor is aware that authentic evidence of this assignment was filed in the public records of Lafayette Parish, Louisiana or in the executory proceeding.

**13.**

In November 2009, **CORMIER** elected to participate in **CHASE'S** FastPay program, wherein **CHASE** began to deduct **CORMIER'S** monthly mortgage payment directly from his IberiaBank checking account. **CHASE** notified **CORMIER** that it received the November, 2009 payment, but failed to reflect said payment on **CORMIER'S** December, 2009 mortgage statement. **CHASE** continued to deduct **CORMIER'S** monthly mortgage payment from his personal checking account, but repeatedly failed to apply said payments to his principal balance and indicated a delinquency.

**14.**

Also in November, 2009, **CHASE** offered to enroll **CORMIER** in its Home Affordable Modification Trial Period Plan to determine his potential eligibility to qualify for the federal government's Home Affordable Modification Program (HAMP).

**15.**

On or about December 8, 2009, **CORMIER** accepted **CHASE'S** offer to participate in the Home Affordable Modification Trial Period Plan, and forwarded **CHASE** all requested documentation. **CHASE** provided documentation indicating **CORMIER'S** trial period monthly payment as $1,103.63. Nevertheless, **CHASE** continued to send **CORMIER** notices of delinquency based on their original monthly mortgage payment, and failed to credit **CORMIER'S** account balance with the actual payments being made.

**16.**

**CORMIER** attempted to address these issues directly with **CHASE,** which entailed countless frustrating hours on the telephone, week after week, enduring an endless series of roadblocks, dead-ends, unreturned calls, hand-offs to other departments, and numerous other bad faith stalling tactics specifically designed to overwhelm, exhaust, frustrate and deter any resolution of his loan and loan modification issues and problems.

**17.**

On the rare occasions **CORMIER** reached a **CHASE** loan modification representative by phone, **CHASE** advised him to disregard the inaccurate letters of delinquency and advised that in order to qualify for a permanent loan modification, his account was <u>required</u> to reflect a delinquent status. **CHASE** instructed **CORMIER** to continue paying the trial period payment amount until a final determination had been made, placing **CORMIER** further into delinquency each month during the trial period.

**18.**

Between January, 2010 and June, 2010, **CHASE** repeatedly informed **CORMIER** that he was required to submit certain documentation to complete his loan modification plan. Upon each request, **CORMIER** submitted and re-submitted the entire packet of required documentation. Upon each submission, **CORMIER** attempted to verify that **CHASE** received the documentation he submitted. **CHASE** ultimately denied **CORMIER'S** permanent loan modification due to **CORMIER'S** alleged failure to submit the required documentation.

**19.**

Shortly following its denial of **CORMIER'S** loan modification, **CHASE** instituted foreclosure proceedings through executory process against **CORMIER'S** residence, inaccurately alleging the amount due and owing under the terms of the loan and the trial modification period.

**20.**

**CHASE'S** private mortgage insurance coverage for this loan, along with the federal government's "bail out" protections, allows **CHASE** to financially benefit from the seizure and sale of **CORMIER'S** property, which is scheduled to occur on May 25, 2011.

## ACTION FOR DAMAGES

**21.**

**CORMIER** re-pleads and re-alleges the allegations in the prior paragraphs as if set forth in full.

**22.**

**CORMIER** alleges **CHASE** breached the legal duty owed to him to administer its loan modification program in good faith and to provide accurate information concerning his application status, and breached the loan modification contract accepted by **CORMIER**.

**23.**

**CORMIER** alleges **CHASE** breached the implied loan modification contract between the parties, and negotiated said contract in bad faith.

**24.**

**CORMIER** alleges **CHASE** intentionally and/or negligently misrepresented information about the assignment of his mortgage loan and its loan modification program, and intentionally and/or with gross negligence mismanaged the loan modification contract to ensure excessive fees and delinquencies were assessed, resulting in the ultimate foreclosure of **CORMIER'S** property, to the exclusive benefit of **CHASE**.

**25.**

**CORMIER** alleges **CHASE** violated the covenants in the Act of Mortgage, which provided **CORMIER** the unconditional right to reinstate his loan.

**26.**

**CORMIER** alleges **CHASE'S** deceptive and bad faith conduct amounts to the tortious interference of **CORMIER'S** mortgage loan contract and loan modification contract, and further avails himself to claims against **CHASE** arising under any theory of law not specifically alleged but may be shown at the time of the trial of this matter.

**27.**

**CORMIER** alleges **CHASE** improperly seized his property by improperly initiating its proceeding through executory process.

**28.**

**CORMIER** alleges **CHASE'S** deceptive and unfair business dealings with respect to its loan modification program violated Louisiana Revised Statute 15:1401 *et seq.*, the Louisiana Unfair Trade Practices Act, entitling **CORMIER** to damages, attorney fees, and costs.

## CAUSE FOR PRELIMINARY OR PERMANENT INJUNCTION TO ARREST SEIZURE AND SALE

### 29.

CORMIER requests that after due proceedings are had, this Honorable Court issue a preliminary or permanent injunction arresting the seizure and sale of Plaintiff's property on the basis that:

1.  CHASE, in its petition and its attachments for executory process, failed to properly satisfy the legal requisites for said proceeding;

2.  A favorable resolution of the claims alleged by CORMIER, following a determination of the facts and governing law, would render CHASE'S foreclosure proceeding moot. CORMIER is due to suffer irreparable harm if these issues are not resolved prior to the scheduled sheriff's sale. In *Indymac Fed. Bank, FSB v. Groshon,* 45 So.3d 170 (La. 2010), the court upheld the trial court's injunction, finding unanswered factual questions about whether the parties entered a forbearance agreement.

3.  CORMIER specifically alleges fraud, breach of contract, negligent misrepresentation, breach of Defendants' duty to act and negotiate in good faith, and tortious interference with contract as affirmative defenses to the legal enforceability of Plaintiff's mortgage.

WHEREFORE, JONAH J. CORMIER prays that Defendants be cited and served and that after due proceeding that judgment be rendered herein in favor of JONAH J. CORMIER and against JPMORGAN CHASE & CO and CHASE HOME FINANCE, LLC with all costs imposed on Defendants, including damages and attorney's fees to the extent recoverable under the law and the evidence.

CORMIER further prays for all relief proper in the premises and for full, general and equitable relief.

Respectfully submitted by:

FONSECA & ASSOCIATES, LLC

R. Y. FONSECA, JR., ATTORNEY AT LAW
Bar Roll No. 26883
217 Rue Louis XIV, Suite 100
Lafayette, LA 70508
(337) 456-1163 office
(337) 232-8740 facsimile

**PLEASE SERVE:**

1.  Chase Home Finance, LLC through its Registered Agent:

    **C T Corporation System**
    **5615 Corporate Blvd., Ste. 400B**
    **Baton Rouge, Louisiana 70808;**

2.  JPMorgan Chase & Co:

    **Through the Secretary of State;**
    and,

3.  Chase Home Finance, LLC through its attorney of record:

    **Fred J. Daigle, Attorney at Law**
    **Graham, Arceneaux, & Allen, LLC**
    **601 Poydras, Suite 2210**
    **New Orleans, Louisiana 70130**

    FILED THIS _28_

    DAY OF _March_, 2011

    _Elizabeth Wescott_
    Deputy Clerk of Court

# EXHIBIT B TO NOTICE OF REMOVAL

20591582
cc_etwescott

Ordered by Atty.: R.J. FONSECA, JR

# CITATION

JONAH J CORMIER                    **Fifteenth Judicial District Court**

VS                                 **Docket Number: C-20111813 A**

CHASE HOME FINANCE LLC, ET AL      **Parish of Lafayette, Louisiana**

STATE OF LOUISIANA

TO:   **JPMORGAN CHASE & CO:**
      **THROUGH THE SECRETARY OF STATE**

of the Parish of E. BATON ROUGE

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits). Alternatively, you should file an answer or other pleading to said petition in the office of the Clerk of the Fifteenth Judicial District Court, in the Lafayette Parish Courthouse, Lafayette, Louisiana, within fifteen (15) days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

Witness the Honorable Judges of said Court, this March 30, 2011.

_Elizabeth Wescott_
Deputy Clerk of Court
Lafayette Parish

**\*Attached are the following documents:**
**CC: PETITION FOR DAMAGES AND FOR PRELIMINARY OR PERMANENT INJUNCTIVE RELIEF TO ARREST SEIZURE AND SALE, VERIFICATION, REQUEST FOR NOTICE OF TRIAL, HEARINGS AND ORDERS, AND ORDER FOR RULE TO SHOW CAUSE**

SHERIFF'S RETURN

Lafayette Parish Sheriff

APR 06 2011

Date Served: _____, 20_____   Time: _____

Served: _____

Personal ( ) _____   I made service on the named party through the Office of the Secretary of State

Domiciliary ( ) on _____   by tendering a copy of this document to ☑ TAMMY GLOVER   ☐ MEGHAN SHANKS

Unable to Locate      Moved ( )      No Such Address ( )

Other Reason: _____   ☐ JULIE NESBITT   E. Cummins

Received Too Late For Service  ( )                Deputy Sheriff, Parish of East Baton Rouge, Louisiana

Service Of Within Papers

Costs Fee $_____   Mileage $_____   Total $_____

Deputy _____

Lafayette Parish Clerk of Court
Filed This Day

APR 11 2011

_Jaclyn Dugas_
By: Clerk of Court

20591061

cc_etwescott

Ordered by Atty.: R.J. FONSECA, JR

# CITATION

| | |
|---|---|
| **JONAH J CORMIER** | **Fifteenth Judicial District Court** |
| **VS** | **Docket Number: C-20111813 A** |
| **CHASE HOME FINANCE LLC, ET AL** | **Parish of Lafayette, Louisiana** |

## STATE OF LOUISIANA

TO:   CHASE HOME FINANCE, LLC
     THROUGH ITS REGISTERED AGENT:
     CT CORPORATION SYSTEM
     5615 CORPORATE BLVD.
     STE. 400B
     BATON ROUGE, LA  70808

of the Parish of E. BATON ROUGE

    You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits). Alternatively, you should file an answer or other pleading to said petition in the office of the Clerk of the Fifteenth Judicial District Court, in the Lafayette Parish Courthouse, Lafayette, Louisiana, within fifteen (15) days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.
    Witness the Honorable Judges of said Court, this March 30, 2011.

Deputy Clerk of Court
Lafayette Parish

**\*Attached are the following documents:**
**CC: PETITION FOR DAMAGES AND FOR PRELIMINARY OR PERMANENT INJUNCTIVE RELIEF TO ARREST SEIZURE AND SALE, VERIFICATION, REQUEST FOR NOTICE OF TRIAL, HEARINGS AND ORDERS, AND ORDER FOR RULE TO SHOW CAUSE**

SHERIFF'S RETURN
Lafayette Parish Sheriff

APR 06 2011

Date Served: _____, 20_____ Time: _____

Served: _____

Personal ( ) _____

Domiciliary ( ) on _____

Unable to Locate     Moved ( )     No Such Address ( )

Other Reason: _____

Received Too Late For Service  ( )

Service Of Within Papers

Costs Fee $_____ Mileage $_____ Total $_____

Deputy _____

made service on the named party through the

CT Corporation

by tendering a copy of this document to

LYNETTE BASS   JULIE CHISM

RODERICK THOMAS

E. Cummins

Deputy Sheriff, Parish of East Baton Rouge, Louisiana

Lafayette Parish Clerk of Court
Filed This Day

APR 11 2011

# EXHIBIT C TO NOTICE OF REMOVAL

# **AFFIDAVIT**

STATE OF OHIO

COUNTY OF FRANKLIN

BEFORE ME, the undersigned Notary Public, duly commissioned in the State and County aforesaid, personally came and appeared:

THOMAS E. REARDON, who is a person of the full age of majority who after being sworn did depose:

1. That this Affidavit is based on my personal knowledge and my examination of the records of Chase Home Finance LLC and JPMorgan Chase Bank, N.A., successor by merger to Chase Home Finance LLC.

2. That I am employed by JPMorgan Chase Bank, N.A., successor by merger to Chase Home Finance LLC.

3. That I am currently employed as an Assistant Vice-President with JPMorgan Chase Bank, N.A., successor by merger to Chase Home Finance LLC.

4. As an Assistant Vice-President, I am familiar with membership of Chase Home Finance LLC and the principal place of business and main office of JPMorgan Chase Bank, N.A.

5. From January 1, 2005 to May 1, 2011, Chase Home Finance LLC was a limited liability company organized and existing pursuant to the laws of the state of Delaware, having its principal place of business located in the state of New Jersey.

6. There was only one member/parent of Chase Home Finance LLC, and that member/parent was Chase Home Finance, Inc.

7. Chase Home Finance Inc. is a corporation organized and existing pursuant to the laws of the state of Delaware, having its principal place of business in the state of New Jersey.

378278.2

8. Chase Home Finance LLC was an operating subsidiary of JPMorgan Chase Bank, N.A. and was supervised and regulated as such by the Office of the Comptroller of the Currency.

9. JPMorgan Chase Bank, N.A. is the successor by merger to Chase Home Finance LLC by virtue of a merger effective May 1, 2011, and is supervised and regulated by the Office of the Comptroller of the Currency.

10. From January 1, 2005 to present, JPMorgan Chase Bank, National Association was and is a national banking association organized pursuant to the laws of the United States with its main office in Columbus, Ohio and its principal place of business in New York, New York.

11. The substance of this Affidavit is true and correct, and based on my personal knowledge after review of all pertinent documentation and/or records in the possession of Chase Home Finance LLC and JPMorgan Chase Bank, N.A., successor by merger to Chase Home Finance LLC.

Thomas E. Reardon

SWORN TO AND SUBSCRIBED before me on this ____ day of May, 2011.

Notary Public

Printed Name: _____

Bar Roll / Notary No.: _____

My Commission Expires: _____

CASSIE FREEMAN
Notary Public, State of Ohio
My Comm. Expires 02/21/2015

378278.2

# EXHIBIT D TO NOTICE OF REMOVAL



19366624

15TH JUDICIAL DISTRICT COURT FOR THE PARISH OF LAFAYETTE

STATE OF LOUISIANA

NO:                                    DIVISION "    "

CHASE HOME FINANCE, LLC

VERSUS                      **DIV. "F"**

JONAH JOSEPH CORMIER

FILED: _____          _____

                                            DEPUTY CLERK

**PETITION FOR EXECUTORY PROCESS**

TO THE HONORABLE, THE JUDGES OF THE 15TH JUDICIAL DISTRICT COURT
FOR THE PARISH OF LAFAYETTE, STATE OF LOUISIANA

     The petition of Chase Home Finance, LLC, 3415 Vision Drive,

Columbus, OH 43219-3792, with respect represents:

                              I.

     Petitioner is the holder, for valuable consideration before

maturity, of a promissory note executed by Jonah Joseph Cormier,

who is a resident of and domiciled in the Parish of Lafayette,

State of Louisiana, payable to the order of Meritas Mortgage, LLC,

in the principal sum of $164,000.00, dated June 15, 2007, payable

at 2014 W. Pinhook Road, Suite 605, Lafayette, LA  70508, or at

such other place as the holder may designate in writing, in fixed

monthly installments of principal and interest of $1,063.71,

commencing on the first day of August, 2007, and payable in full on

or before the first day of July, 2037.   The said note bears

interest at the rate of 6.75% percent per annum on the unpaid

balance from date until paid, and which said note is paraphed "Ne

Varietur" for identification with an Act of Mortgage, dated June

15, 2007, and passed before Gerald J. Dartez, Notary Public in and

for the Parish of Lafayette and two witnesses, and duly recorded at

File No. 2007-00027212, Parish of Lafayette, State of Louisiana,

all of which will more fully appear from the original of said note,

which is attached hereto and made a part hereof and which is marked

FAX FILED THIS _____ DOC ,20 10

DAY OF _____

Deputy Clerk of Court

Plaintiff's Exhibit "A" and from a certified copy of the said Act, which is also attached hereto and made a part hereof and which is marked Plaintiff's Exhibit "B".

II.

The said mortgagor did, in the said Act, waive all homestead exemptions to which he may be entitled under the Constitution and laws of the State of Louisiana.

III.

In the above mentioned Act, the mortgagor agreed that the property hereinafter described would remain specially mortgaged, affected and hypothecated in favor of Meritas Mortgage, LLC, lender or any future holder or holders of said note, until the full and final payment thereof, in principal, interest attorney's fees, taxes and costs and the mortgagor bound and obligated himself not to sell, alienate or encumber the property to the prejudice of the Act of Mortgage.

IV.

In the above mentioned Act, the said mortgagor confessed judgment on the note and consented that if same were not paid in accordance with the terms, conditions and stipulations of the said Act, said property would be seized and sold under Executory Process.

V.

In the said Act hereinabove referred to, the said mortgagor did specially mortgage, affect and hypothecate unto and in favor of the mortgagee, Meritas Mortgage, LLC and any and all other future holders of the note, the following described property situated in the Parish of Lafayette, State of Louisiana, to-wit:

> THAT CERTAIN LOT OF GROUND, together with all buildings and
> improvements and the component parts thereof, situated in
> Section 35, T8S, R4E, Lafayette Parish, Louisiana, and being
> known and designated as Lot 68 of Fairgrounds Place
> Subdivision, Phase III, said lot having such measurements,
> boundaries, configurations and dimensions as are more fully
> shown and described on that certain plat of survey prepared by

Paul L. Miers Engineering, LLC, dated April 5, 2006, revised
May 4, 2006, a copy of which is attached to that certain act
and filed under Entry No. 2006-18297, records of Lafayette
Parish, Louisiana, which plat of survey is made a part thereof
by reference thereto.

Which has the address of 510 Summerfest Drive, Lafayette, LA
70507

VI.

By Act of Notarial Endorsement and Assignment of Mortgage
Note, the above described mortgage note was transferred and
assigned by Meritas Mortgage, LLC to AmTrust Bank. All as is
reflected on the endorsement to the note.

VII.

AmTrust Bank endorsed the Note in blank rendering the Note
bearer paper as defined by La. R.S. 10:3-109 so that the Note could
be negotiated by transfer of possession alone. Said endorsement is
a private writing which is deemed authentic for purposes of
Executory Process by La. R.S. 13:4102(A), La. R.S. 9:4422 and La.
C.C.Bt. art. 2635. Plaintiff is the present holder, owner, and
possessor of the Note and does hereby attach the Original Note to
this petition.

VIII.

The mortgagor having failed to make the payments required
under the terms of his mortgage, is in default under the terms of
said mortgage and Chase Home Finance, LLC, as the last holder of
the note, after having given due notice to mortgagor herein, has
exercised its option to accelerate the mortgage and declare the
balance of the note, including principal, interest, insurance and
attorney's fees, due and payable, inasmuch as petitioner's records
reflect unpaid installments from May 1, 2010, to date.

### NOTICE PURSUANT TO THE
### FAIR DEBT COLLECTION PRACTICES ACT

This is an attempt to collect a debt, and any information
obtained will be used for that purpose. The amount of the debt you
owe is stated in Paragraph VIII. The name of the creditor is Chase
Home Finance, LLC. Unless you notify us in writing within thirty
(30) days of receipt of this notice that you dispute the validity

GRAHAM ARCENEAUX          Fax:504-525-2495          Dec 17 2010 12:10pm P005/007

of the debt, we will assume that the debt is valid. If you notify us in writing within thirty (30) days of receipt of this notice, that the debt or any portion thereof is disputed, we will obtain and provide you with verification of the debt in writing.  If Chase Home Finance, LLC, is not the original creditor, we will provide you with the name and address of the original creditor, by mail, if you make written request for this information, within thirty (30) days of receipt of this notice.

WHEREFORE, petitioner prays for an order of Executory Process herein, and further, that a writ of seizure and sale issue herein directing the Sheriff for the Parish of Lafayette, State of Louisiana, to seize and sell with appraisement and, after due advertisement, delays, requisites and formalities, free and clear of all homestead rights and exemptions, the property hereinabove described, according to law, for cash, to pay and satisfy the claim of petitioner, the principal sum of $158,788.78 with 6.75% percent interest thereon from April 1, 2010 until paid, together with accumulated late charges, any additional amounts which petitioner has advanced or hereafter advances, as permitted by the Note and Mortgage, for taxes, insurance, assessments, repairs to and maintenance and preservation of the mortgaged property, together with reasonable attorney's fees on the total amount of principal, interest and all current and future advances, together with all costs of these proceedings; that out of the proceeds of the sale, petitioner be paid the amount of its claim in preference and priority over all other persons herein.

GRAHAM, ARCENEAUX & ALLEN, LLC

BY _____
LOUIS GRAHAM ARCENEAUX
Bar Roll No. 25334
STACY C. WHEAT
Bar Roll No. 19826
FRED J. DAIGLE
Bar Roll No. 24066
601 Poydras St., Suite 2210
New Orleans, LA  70130
Phone: (504) 522-8256

# EXHIBIT E TO NOTICE OF REMOVAL

20566881

**15TH JUDICIAL DISTRICT COURT FOR THE PARISH OF LAFAYETTE**

**STATE OF LOUISIANA**

NO.: _____                                    DIVISION _____

**JONAH J. CORMIER**                2011-1813A

versus

**JPMORGAN CHASE & CO., AND CHASE HOME FINANCE, LLC**

---

## PETITION FOR DAMAGES AND FOR PRELIMINARY OR PERMANENT INJUNCTIVE RELIEF TO ARREST SEIZURE AND SALE

**NOW INTO COURT,** through undersigned counsel, comes **JONAH J. CORMIER,** who respectfully petitions this Honorable Court, as follows:

### PARTIES

**1.**

**JONAH J. CORMIER,** ("Plaintiff" or "**CORMIER**"), is of the full age of majority domiciled in Lafayette Parish, State of Louisiana, residing at 510 Summerfest Drive, Lafayette, Louisiana 70507.

**2.**

**JPMORGAN CHASE & CO.,** a foreign business corporation organized under the laws of the state of Delaware, and its subsidiary, **CHASE HOME FINANCE, LLC,** each continuously and systematically conducting business in the State of Louisiana, and are named as defendants herein, ("Defendants" or "**CHASE**").

### BACKGROUND

**3.**

On or about October 28, 2008, **CHASE** voluntarily elected to participate in the United States Department of the Treasury's Troubled Assets Relief Program (TARP) Capital Purchase Program (CCP), whereby **CHASE** received $25,000,000,000.00 from the Treasury Department in exchange for certain shares of preferred stock.

**4.**

As a condition precedent to Defendants' participation in TARP CCP, **CHASE** executed a Securities Purchase Agreement dated October 26, 2008, with the United States Department of the Treasury, wherein **CHASE** agreed, "to work diligently, under existing programs, to modify the terms of residential mortgages as appropriate to strengthen the health of the U.S. housing market."

**5.**

In May, 2009, the "Helping Families Save Their Homes Act of 2009,"[1] was signed into law, generating numerous incentive-laden programs to induce financial institutions to successfully assist homeowners in modifying their mortgages. The Home Affordable Modification Program (HAMP), administered by the Department of Treasury, is one such

---

[1] H.R. 1106 or S. 896.

program designed to assist homeowners in avoiding foreclosure by providing these institutions clear and consistent loan modification guidelines to help borrowers obtain more affordable payments.

**6.**

Defendants' implementation of the various loan modification programs and the contractual process resulting therefrom has proved to be an epic failure, rife with negligent misrepresentation, fraudulent inducement, gross mismanagement, bad faith dealing, unfair trade practices, and the implementation of systematic unlawful foreclosure proceedings for its financial benefit. It is generally financially advantageous for defendants to foreclose rather than offer permanent loan modifications.

**7.**

Data compiled by the United States Department of Treasury indicates that less six percent (6%) of eligible homeowners have been provided permanent loan modifications under HAMP since 2009, evidencing the dysfunction of the entire participating loan servicing industry.

**FACTUAL ALLEGATIONS**

**8.**

On June 15, 2007, **CORMIER** purchased the property located at 510 Summerfest Drive, Lafayette, Louisiana to be occupied as his family's principal residence. Mr. and Mrs. Cormier, along with their daughter, have continuously lived at this residence since the date of purchase.

**9.**

To obtain financing for the transaction, **CORMIER** signed a promissory note dated June 15, 2007, evidencing a loan received from Meritas Mortgage, LLC in the amount of $164,000.00. **CORMIER** neither received nor is aware that authentic evidence of this note was filed in this executory proceeding.

**10.**

To secure the transaction, **CORMIER** granted a mortgage on the property in favor of Meritas Mortgage, LLC, its successors and/or assigns, in the amount of $164,000.00. Meritas, thereafter assigned the mortgage note and mortgage to AmTrust Bank and AmTrust Financial Services, Inc., a lender based in New York, New York, although **CORMIER** neither received nor is aware that authentic evidence of this assignment was filed in the public records of Lafayette Parish, Louisiana or in the executory proceeding.

**11.**

In August 2007, **CORMIER** commenced sending AmTrust Bank monthly principal and interest payments in the amount of $1,300.00.  For approximately two (2) years **CORMIER** consistently and timely provided AmTrust the required monthly payment due, totaling over $31,000.00.

**12.**

In 2009, AmTrust Bank assigned **CORMIER'S** loan and mortgage to **CHASE HOME FINANCE, LLC**, although **CORMIER** neither received nor is aware that authentic evidence of this assignment was filed in the public records of Lafayette Parish, Louisiana or in the executory proceeding.

**13.**

In November 2009, **CORMIER** elected to participate in **CHASE'S** FastPay program, wherein **CHASE** began to deduct **CORMIER'S** monthly mortgage payment directly from his IberiaBank checking account. **CHASE** notified **CORMIER** that it received the November, 2009 payment, but failed to reflect said payment on **CORMIER'S** December, 2009 mortgage statement. **CHASE** continued to deduct **CORMIER'S** monthly mortgage payment from his personal checking account, but repeatedly failed to apply said payments to his principal balance and indicated a delinquency.

**14.**

Also in November, 2009, **CHASE** offered to enroll **CORMIER** in its Home Affordable Modification Trial Period Plan to determine his potential eligibility to qualify for the federal government's Home Affordable Modification Program (HAMP).

**15.**

On or about December 8, 2009, **CORMIER** accepted **CHASE'S** offer to participate in the Home Affordable Modification Trial Period Plan, and forwarded **CHASE** all requested documentation. **CHASE** provided documentation indicating **CORMIER'S** trial period monthly payment as $1,103.63. Nevertheless, **CHASE** continued to send **CORMIER** notices of delinquency based on their original monthly mortgage payment, and failed to credit **CORMIER'S** account balance with the actual payments being made.

**16.**

**CORMIER** attempted to address these issues directly with **CHASE**, which entailed countless frustrating hours on the telephone, week after week, enduring an endless series of roadblocks, dead-ends, unreturned calls, hand-offs to other departments, and numerous other bad faith stalling tactics specifically designed to overwhelm, exhaust, frustrate and deter any resolution of his loan and loan modification issues and problems.

**17.**

On the rare occasions **CORMIER** reached a **CHASE** loan modification representative by phone, **CHASE** advised him to disregard the inaccurate letters of delinquency and advised that in order to qualify for a permanent loan modification, his account was <u>required</u> to reflect a delinquent status. **CHASE** instructed **CORMIER** to continue paying the trial period payment amount until a final determination had been made, placing **CORMIER** further into delinquency each month during the trial period.

**18.**

Between January, 2010 and June, 2010, **CHASE** repeatedly informed **CORMIER** that he was required to submit certain documentation to complete his loan modification plan. Upon each request, **CORMIER** submitted and re-submitted the entire packet of required documentation. Upon each submission, **CORMIER** attempted to verify that **CHASE** received the documentation he submitted. **CHASE** ultimately denied **CORMIER'S** permanent loan modification due to **CORMIER'S** alleged failure to submit the required documentation.

**19.**

Shortly following its denial of **CORMIER'S** loan modification, **CHASE** instituted foreclosure proceedings through executory process against **CORMIER'S** residence, inaccurately alleging the amount due and owing under the terms of the loan and the trial modification period.

**20.**

**CHASE'S** private mortgage insurance coverage for this loan, along with the federal government's "bail out" protections, allows **CHASE** to financially benefit from the seizure and sale of **CORMIER'S** property, which is scheduled to occur on May 25, 2011.

## ACTION FOR DAMAGES

**21.**

**CORMIER** re-pleads and re-alleges the allegations in the prior paragraphs as if set forth in full.

**22.**

**CORMIER** alleges **CHASE** breached the legal duty owed to him to administer its loan modification program in good faith and to provide accurate information concerning his application status, and breached the loan modification contract accepted by **CORMIER**.

**23.**

**CORMIER** alleges **CHASE** breached the implied loan modification contract between the parties, and negotiated said contract in bad faith.

**24.**

**CORMIER** alleges **CHASE** intentionally and/or negligently misrepresented information about the assignment of his mortgage loan and its loan modification program, and intentionally and/or with gross negligence mismanaged the loan modification contract to ensure excessive fees and delinquencies were assessed, resulting in the ultimate foreclosure of **CORMIER'S** property, to the exclusive benefit of **CHASE**.

**25.**

**CORMIER** alleges **CHASE** violated the covenants in the Act of Mortgage, which provided **CORMIER** the unconditional right to reinstate his loan.

**26.**

**CORMIER** alleges **CHASE'S** deceptive and bad faith conduct amounts to the tortious interference of **CORMIER'S** mortgage loan contract and loan modification contract, and further avails himself to claims against **CHASE** arising under any theory of law not specifically alleged but may be shown at the time of the trial of this matter.

**27.**

**CORMIER** alleges **CHASE** improperly seized his property by improperly initiating its proceeding through executory process.

**28.**

**CORMIER** alleges **CHASE'S** deceptive and unfair business dealings with respect to its loan modification program violated Louisiana Revised Statute 15:1401 *et seq.*, the Louisiana Unfair Trade Practices Act, entitling **CORMIER** to damages, attorney fees, and costs.

## CAUSE FOR PRELIMINARY OR PERMANENT INJUNCTION TO
## ARREST SEIZURE AND SALE

### 29.

CORMIER requests that after due proceedings are had, this Honorable Court issue a preliminary or permanent injunction arresting the seizure and sale of Plaintiff's property on the basis that:

1. CHASE, in its petition and its attachments for executory process, failed to properly satisfy the legal requisites for said proceeding;

2. A favorable resolution of the claims alleged by CORMIER, following a determination of the facts and governing law, would render CHASE'S foreclosure proceeding moot. CORMIER is due to suffer irreparable harm if these issues are not resolved prior to the scheduled sheriff's sale. In *Indymac Fed. Bank, FSB v. Groshon*, 45 So.3d 170 (La. 2010), the court upheld the trial court's injunction, finding unanswered factual questions about whether the parties entered a forbearance agreement.

3. CORMIER specifically alleges fraud, breach of contract, negligent misrepresentation, breach of Defendants' duty to act and negotiate in good faith, and tortious interference with contract as affirmative defenses to the legal enforceability of Plaintiff's mortgage.

WHEREFORE, JONAH J. CORMIER prays that Defendants be cited and served and that after due proceeding that judgment be rendered herein in favor of JONAH J. CORMIER and against JPMORGAN CHASE & CO and CHASE HOME FINANCE, LLC with all costs imposed on Defendants, including damages and attorney's fees to the extent recoverable under the law and the evidence.

CORMIER further prays for all relief proper in the premises and for full, general and equitable relief.

Respectfully submitted by:

FONSECA & ASSOCIATES, LLC

R. J. FONSECA, JR., ATTORNEY AT LAW
Bar Roll No. 26883
217 Rue Louis XIV, Suite 100
Lafayette, LA 70508
(337) 456-1163 office
(337) 232-8740 facsimile

PLEASE SERVE:

1. Chase Home Finance, LLC through its Registered Agent:

   C T Corporation System
   5615 Corporate Blvd., Ste. 400B
   Baton Rouge, Louisiana 70808;

2. JPMorgan Chase & Co:

   Through the Secretary of State;
   and,

3. Chase Home Finance, LLC through its attorney of record:

   Fred J. Daigle, Attorney at Law
   Graham, Arceneaux, & Allen, LLC
   601 Poydras, Suite 2210
   New   Orleans,   Louisiana   70130

FILED THIS _28_

DAY OF _March_, 20_11_

_Elizabeth Wescott_
Deputy Clerk of Court


20567004

**15TH JUDICIAL DISTRICT COURT FOR THE PARISH OF LAFAYETTE**

**STATE OF LOUISIANA**

NO.: _____                                                    DIVISION ____

**JONAH J. CORMIER**

versus

**JPMORGAN CHASE & CO AND CHASE HOME FINANCE, LLC**

---

## REQUEST FOR NOTICE OF TRIAL, HEARINGS AND ORDERS

**PLEASE TAKE NOTICE** that Ramon John Fonseca, Jr., attorney for **JONAH J. CORMIER**, does hereby request written notice of the date of trial of the above matter, as well as notice of all hearings, (whether on merits or otherwise), Orders, Judgments and interlocutory decrees, and any and all formal steps taken by the parties herein as provided by Louisiana Code of Civil Procedure Articles 1572, 1913, and 1914. I hereby certify that a copy of this Notice has this date been forwarded to all parties by depositing same in the United States Mail, postage pre-paid and properly addressed.

Respectfully Submitted by,

FONSECA & ASSOCIATES, LLC

RAMON JOHN FONSECA, JR. (#26883)
ATTORNEY AT LAW
217 Rue Louis XIV, Suite 100
Lafayette, Louisiana 70508
Telephone: (337) 456-1163
Facsimile: (337) 232-8740

FILED THIS _____28_____
DAY OF _Mara_, 20 _11_
_Elizabeth Wescott_
Deputy Clerk of Court

Page 1 of 1 page of Request for Notice

15TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ........

**STATE OF LOUISIANA**

NO.: _____                                    DIVISION ____

**JONAH J. CORMIER**

versus

**JPMORGAN CHASE & CO AND CHASE HOME FINANCE, LLC**

---

## VERIFICATION

**STATE OF LOUISIANA**

**PARISH OF LAFAYETTE**

**BEFORE ME**, the undersigned authority, personally came and appeared:

**JONAH J. CORMIER**

who, after being duly sworn, did depose and say that:

He is the petitioner in the above-entitled matter, and that all of the allegations contained in the **PETITION FOR DAMAGES AND FOR PRELIMINARY INJUNCTION TO ARREST SEIZURE AND SALE** are true and correct to the best of his knowledge and belief.

JONAH J. CORMIER

**Sworn to and Subscribed** before me, Notary Public, at Lafayette, Louisiana, this 11th,

day of March, 2011.

NOTARY PUBLIC

FILED THIS ___28___

DAY OF ___March___, 20 11

_Elizabeth Wescott_
Deputy Clerk of Court

Page 1 of 1 page of Verification



20566964

**15ᵀᴴ JUDICIAL DISTRICT COURT FOR THE PARISH OF LAFAYETTE**

**STATE OF LOUISIANA**

NO.: _____                                          DIVISION ____

**JONAH J. CORMIER**

versus

**JPMORGAN CHASE & CO AND CHASE HOME FINANCE, LLC**

---

**VERIFICATION**

**STATE OF LOUISIANA**

**PARISH OF LAFAYETTE**

**BEFORE ME,** the undersigned authority, personally came and appeared:

**JONAH J. CORMIER**

who, after being duly sworn, did depose and say that:

He is the petitioner in the above-entitled matter, and that all of the allegations contained in the **PETITION FOR DAMAGES AND FOR PRELIMINARY INJUNCTION TO ARREST SEIZURE AND SALE** are true and correct to the best of his knowledge and belief.

_____
**JONAH J. CORMIER**

**Sworn to and Subscribed,** before me, Notary Public, at _LAfayene_ ,

Louisiana, this __11ᵗʰ__, day of March, 2011.

_____
**NOTARY PUBLIC**

FILED THIS __28__
DAY OF __March__, 20_11_

_Elizabeth Wescott_
Deputy Clerk of Court

Page 1 of 1 page

20567046

15ᵀᴴ JUDICIAL DISTRICT COURT FOR THE PARISH OF LAFAYETTE

STATE OF LOUISIANA

NO.: _____                                          DIVISION ____

JONAH J. CORMIER

versus

JPMORGAN CHASE & CO AND CHASE HOME FINANCE, LLC

---

### ORDER FOR RULE TO SHOW CAUSE

Considering the above and foregoing;

**IT IS ORDERED** that **JONAH J. CORMIER, JPMORGAN CHASE & CO** and

**CHASE HOME FINANCE, LLC,** show cause on the _16_ day of _May_ , 2011

at _10_ o'clock _Am_ , why a preliminary or permanent injunction arresting the seizure

and sale of immovable property should not be issued.

Lafayette, Louisiana, this _29_ day of _March_ , 2011.

_Thomas / Fredrick_
**DISTRICT JUDGE**

Respectfully submitted by:

**FONSECA & ASSOCIATES, LLC**

**R. J. FONSECA, JR., ATTORNEY AT LAW**
Bar Roll No. 26883
217 Rue Louis XIV, Suite 100
Lafayette, LA  70508
(337) 456-1163 office
(337) 232-8740 facsimile

**PLEASE SERVE:**

1. Chase Home Finance, LLC through its Registered Agent:

   **C T Corporation System**
   **5615 Corporate Blvd., Ste. 400B**
   **Baton Rouge, Louisiana 70808;**

2. JPMorgan Chase & Co:

   **Through the Secretary of State;**
   and,

3. Chase Home Finance, LLC through its attorney of record:

   **Fred J. Daigle, Attorney at Law**
   **Graham, Arceneaux, & Allen, LLC**
   **601 Poydras, Suite 2210**
   **New Orleans, Louisiana 70130**

FILED THIS _29_ _____
DAY OF _March_ , 20 _11_
_Elizabeth Wescott_
Deputy Clerk of Court

---

Page 1 of 1 page of Order for Rule to Show Cause


20541439

Louis J. Perret
Clerk of Court, Lafayette Parish
P. O. Box 2009
Lafayette, LA  70502
Telephone:  (337) 291-6400

March 30, 2011

RAMON J FONSECA JR
217 RUE LOUIS XIV STE 100
LAFAYETTE,  LA 70508-5778

RE:     JONAH J CORMIER
        VS
        CHASE HOME FINANCE LLC, ET AL
        Docket Number: C-20111813 A

Dear Sir or Madam:

In accordance with R. S. 9:28007, when a suit has been filed in State District Court for personal injury, you

are required to complete Section A of the attached reporting form from the Commissioner of Insurance.

Please return the attached reporting form immediately to the Lafayette Parish Clerk of Court Office for

further processing.

Should you have any questions concerning this matter, please do not hesitate to contact us.

Sincerely,

Deputy Clerk of Court
Lafayette Parish

Fax Conf Cost _____          ' CIVIL CHARGE SHEET                    |||||||||||||||||||||||||
                                                                        20541397

Docket # / Div: **2011-1813A**
Headed By: _____ Kay
Adv. Deposit: $_____                    *Date / Fax File Stamp Only*
                        _____
                        *(Initials)*

Walk Thru: _____
                *(Instructions)*

Court Cost:     ___Abandonment
                ___Cancellation
                ___Dismissal
                ___Garn Release
                ___Sat of JMT                    HOLD *(Sheriff Only)*      HOLD *(Both)*

                ___Return Originals              ___Return on Writ
                ___No. of Attys                  ___Canc of S & S

___Cit

___OK                        ┌─────────────────────────────────────┐
                             │          *Court Cost Use Only*        │
                             │                                       │
___HOLD                      │                                       │
                             └─────────────────────────────────────┘

Route To:   1_____      Return To:   CHARGE CLERK: _____
            2_____                   HOLDING: _____
            3_____                   COURT COST: _____
            4_____                   OTHER: _____
            5_____                   CERTIFICATE: _____
            6_____

┌──────────────────────────────────────────────────────────────────┐
│ **PROCESSING CHARGES**    *No Addt'l Charges Required* _____        │
└──────────────────────────────────────────────────────────────────┘

| Description | QTY | Description | QTY |
|---|---|---|---|
| Cert Copy Stamps | 15 | Letter - General Return | |
| Cert Mail / Return Receipt | | Letter - Ntc of Signing JMT | |
| Citation | 3 | Notice of Hearing | 1 |
| Citation - Ntc of JMT | | Rule NiSi | 3 |
| Conformed Group | 1 | Subpoena | |
| Copies / # of Pages | 36 | Sub DT | |
| Fax Outgoing | | TRO | |
| JMT Recorded (Mtg) | | TRO Recorded | |
| JMT Recorded (Conv) | | Writ of: | |
| JMT Recorded (Both) | | | |
| Letter - Address Request | | Other: | |
| Letter - Cert of Divorce | | | |
| Letter - Comm of Ins | 1 | | |

Court Dates:

Temp: _____
HOC: _____
Rule: _____
Reset: _____
Conf: _____

NOTES / REMARKS:
_____
_____
_____

Processed By: _____

Charge Clerk / Intake Clerk Use Only
   Certified Copy Given: _____
   Conformed Group Given: _____
   Charge Clerk: _____

*Revised:  4/6/2010*

# FONSECA & ASSOCIATES

### ATTORNEYS AND COUNSELORS AT LAW
#### A Professional Limited Liability Company



| 217 RUE LOUIS XIV SUITE 100 | LAFAYETTE, LOUISIANA 70508 |
| OFFICE: (337) 456-1163 | FACSIMILE: (337) 232-8740 |

March 24, 2011

Honorable Louis J. Perret
Clerk of Court, Lafayette Parish
P.O. Box 2009
Lafayette, LA 70502

Re:   Jonah J. Cormier v.
      JPMorgan Chase & Co., et al
      15th JDC Lafayette Parish, Louisiana

Dear Mr. Perret:

In connection with the above, please find enclosed for filing a Petition for Damages and for Preliminary or Permanent Injunctive Relief to Arrest Seizure and Sale; Verification; Request for Notice; and my firm's check to cover filing fees. Please file the above of record and notice all parties as indicated and return a conformed copy to my office for completion of my file.   *mailed 3-30-11*

Should you have any questions or require anything further to comply with my request, please do not hesitate to contact my office.

Thanking you in advance for your usual prompt service, I remain,

Truly yours,

R. J. Fonseca, Jr.
Attorney at Law

RJF/tf

Enclosures



D20655718
cc_etwescott

Ordered by Atty.: R.J. FONSECA, JR

# CITATION

JONAH J CORMIER

VS

CHASE HOME FINANCE LLC, ET AL

Fifteenth Judicial District Court

Docket Number: C-20111813 A

Parish of Lafayette, Louisiana

**STATE OF LOUISIANA**

TO:   CHASE HOME FINANCE, LLC
      THROUGH ITS REGISTERED AGENT:
      CT CORPORATION SYSTEM
      5615 CORPORATE BLVD.
      STE. 400B
      BATON ROUGE, LA  70808

                          of the Parish of E. BATON ROUGE

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits).  Alternatively, you should file an answer or other pleading to said petition in the office of the Clerk of the Fifteenth Judicial District Court, in the Lafayette Parish Courthouse, Lafayette, Louisiana, within fifteen (15) days after the service hereof.  Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

Witness the Honorable Judges of said Court, this March 30, 2011.

Deputy Clerk of Court
Lafayette Parish

**\*Attached are the following documents:**
**CC: PETITION FOR DAMAGES AND FOR PRELIMINARY OR PERMANENT INJUNCTIVE RELIEF TO ARREST SEIZURE AND SALE, VERIFICATION, REQUEST FOR NOTICE OF TRIAL, HEARINGS AND ORDERS, AND ORDER FOR RULE TO SHOW CAUSE**

SHERIFF'S RETURN

Lafayette Parish Sheriff

Date Served: _____, 20_____ Time: _____

Served: _____

Personal ( ) _____

Domiciliary ( ) on _____

Unable to Locate        Moved ( )        No Such Address ( )

Other Reason: _____

Received Too Late For Service   ( )

Service Of Within Papers

Costs Fee $_____   Mileage $_____   Total $_____

Deputy _____



D20655759
cc_etwescott

Ordered by Atty.: R.J. FONSECA, JR

# CITATION

| | |
|---|---|
| **JONAH J CORMIER** | **Fifteenth Judicial District Court** |
| **VS** | **Docket Number: C-20111813 A** |
| **CHASE HOME FINANCE LLC, ET AL** | **Parish of Lafayette, Louisiana** |

**STATE OF LOUISIANA**

TO:   **JPMORGAN CHASE & CO:**
       **THROUGH THE SECRETARY OF STATE**

of the Parish of E. BATON ROUGE

    You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits). Alternatively, you should file an answer or other pleading to said petition in the office of the Clerk of the Fifteenth Judicial District Court, in the Lafayette Parish Courthouse, Lafayette, Louisiana, within fifteen (15) days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.
    Witness the Honorable Judges of said Court, this March 30, 2011.

Deputy Clerk of Court
Lafayette Parish

**\*Attached are the following documents:**
**CC:  PETITION FOR DAMAGES AND FOR PRELIMINARY OR PERMANENT INJUNCTIVE RELIEF TO ARREST SEIZURE AND SALE, VERIFICATION, REQUEST FOR NOTICE OF TRIAL, HEARINGS AND ORDERS, AND ORDER FOR RULE TO SHOW CAUSE**

---

SHERIFF'S RETURN

Lafayette Parish Sheriff

Date Served: _____, 20_____   Time: _____

Served: _____

Personal ( ) _____

Domiciliary ( ) on _____

Unable to Locate         Moved ( )            No Such Address ( )

Other Reason: _____

Received Too Late For Service   (   )

Service Of Within Papers

Costs Fee $_____   Mileage $_____   Total $_____

Deputy _____



D20655676
cc_etwescott

Ordered by Atty.:  R.J. FONSECA, JR

# CITATION

| | |
|---|---|
| **JONAH J CORMIER** | **Fifteenth Judicial District Court** |
| **VS** | **Docket Number: C-20111813 A** |
| **CHASE HOME FINANCE LLC, ET AL** | **Parish of Lafayette, Louisiana** |

**STATE OF LOUISIANA**

TO:   **CHASE HOME FINANCE, LLC**
       **THROUGH ITS ATTORNEY OF RECORD:**
       **FRED J. DAIGLE, ATTORNEY AT LAW**
       **GRAHAM, ARCENEAUX, & ALLEN, LLC**
       **601 POYDRAS, SUITE 2210**
       **NEW ORLEANS, LA  70130**

of the Parish of ORLEANS

    You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits).  Alternatively, you should file an answer or other pleading to said petition in the office of the Clerk of the Fifteenth Judicial District Court, in the Lafayette Parish Courthouse, Lafayette, Louisiana, within fifteen (15) days after the service hereof.  Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

    Witness the Honorable Judges of said Court, this March 30, 2011.


_Elyabeth Wescott_
Deputy Clerk of Court
Lafayette Parish

**\*Attached are the following documents:**
**CC: PETITION FOR DAMAGES AND FOR PRELIMINARY OR PERMANENT INJUNCTIVE RELIEF TO ARREST SEIZURE AND SALE, VERIFICATION, REQUEST FOR NOTICE OF TRIAL, HEARINGS AND ORDERS, AND ORDER FOR RULE TO SHOW CAUSE**

SHERIFF'S RETURN

Lafayette Parish Sheriff

Date Served: _____, 20_____  Time: _____

Served: _____

Personal ( ) _____

Domiciliary ( ) on _____

Unable to Locate     Moved ( )     No Such Address ( )

Other Reason: _____

Received Too Late For Service  ( )

Service Of Within Papers

Costs Fee $_____  Mileage $_____  Total $_____

Deputy _____

D20655650
cc_etwescott

# NOTICE OF HEARING DATE OF SUIT

**TO:**   RAMON J FONSECA JR
217 RUE LOUIS XIV STE 100
LAFAYETTE, LA 70508-5778

**JONAH J CORMIER**                    **Fifteenth Judicial District Court**

**VS**                                 **Docket Number: C-20111813 A**

                                       **Before Judge JOHN D. TRAHAN**

**CHASE HOME FINANCE LLC, ET AL**      **Parish of Lafayette, Louisiana**


The above numbered and entitled case in which you are attorney for plaintiff/defendant has been set for hearing in the Lafayette Parish Courthouse, Lafayette, Louisiana, for **MAY 16, 2011**, at the hour of **10:00 A.M.**.

## RULE/MOTION:

PRELIMINARY OR PERMANENT INJUNCTION ARRESTING THE SEIZURE AND SALE OF IMMOVABLE PROPERTY ISSUED, FILED ON BEHALF OF JONAH J. CORMIER

Lafayette, Louisiana, this March 30, 2011 .


_Elyabeth Wescott_
Deputy Clerk of Court
Lafayette Parish


cc:

Order Date:MARCH 29, 2011
Filed Date: 3/28/2011

```
║▌║█║▌│║▌║▌█║▌║█║▌║█║▌║█║
        D20655742
        cc_etwescott
```

Ordered by Atty.: R.J. FONSECA, JR

# RULE NISI

| | |
|---|---|
| **JONAH J CORMIER** | **Fifteenth Judicial District Court** |
| **VS** | **Docket Number: C-20111813 A**<br>**Before Judge JOHN D. TRAHAN** |
| **CHASE HOME FINANCE LLC, ET AL** | **Parish of Lafayette, Louisiana** |

TO:   **CHASE HOME FINANCE, LLC**
      **THROUGH ITS REGISTERED AGENT:**
      **CT CORPORATION SYSTEM**
      **5615 CORPORATE BLVD.**
      **STE. 400B**
      **BATON ROUGE, LA 70808**

    **BY VIRTUE OF** an order from the Honorable Court, Fifteenth Judicial District Court in and for the Parish of Lafayette, State of Louisiana of date MARCH 29, 2011, you are hereby ordered to appear in Open Court on **MAY 16, 2011**, at **10:00 A.M.**, in order to show cause why you should not comply with the attached order.

    **WITNESS THE HONORABLE**, Judges of the said Court, at Lafayette Parish, Louisiana, this March 30, 2011.

*Elizabeth Wescott*
_____
Deputy Clerk of Court
Lafayette Parish

**\*Attached are the following documents:**
**CC: PETITION FOR DAMAGES AND FOR PRELIMINARY OR PERMANENT INJUNCTIVE RELIEF TO ARREST SEIZURE AND SALE, VERIFICATION, REQUEST FOR NOTICE OF TRIAL, HEARINGS AND ORDERS, AND ORDER FOR RULE TO SHOW CAUSE**

SHERIFF'S RETURN
Lafayette Parish Sheriff

Date Served: _____, 20_____ Time: _____
Served: _____
Personal ( ) _____
Domiciliary ( ) on _____
Unable to Locate        Moved ( )              No Such Address ( ) _____
Other Reason: _____
Received Too Late For Service  ( )
Service Of Within Papers
Costs Fee $_____ Mileage $_____ Total $_____
Deputy _____

**Children under 12 are not allowed in Court unless they are parties, witnesses or part of an educational group.  Please dress appropriately.  Cellular phones and beepers must be on silent or off.**



D20655783
cc_etwescott

Ordered by Atty.: R.J. FONSECA, JR

# RULE NISI

| | |
|---|---|
| **JONAH J CORMIER** | **Fifteenth Judicial District Court** |
| **VS** | **Docket Number: C-20111813 A**<br>**Before Judge JOHN D. TRAHAN** |
| **CHASE HOME FINANCE LLC, ET AL** | **Parish of Lafayette, Louisiana** |

---

**TO:   JPMORGAN CHASE & CO:**
**THROUGH THE SECRETARY OF STATE**

      **BY VIRTUE OF** an order from the Honorable Court, Fifteenth Judicial District Court in and for the Parish of Lafayette, State of Louisiana of date MARCH 29, 2011, you are hereby ordered to appear in Open Court on **MAY 16, 2011,** at **10:00 A.M.,** in order to show cause why you should not comply with the attached order.

      **WITNESS THE HONORABLE,** Judges of the said Court, at Lafayette Parish, Louisiana, this March 30, 2011.

*Elizabeth Wescott*
Deputy Clerk of Court
Lafayette Parish

**\*Attached are the following documents:**
**CC:  PETITION FOR DAMAGES AND FOR PRELIMINARY OR PERMANENT INJUNCTIVE RELIEF TO ARREST SEIZURE AND SALE, VERIFICATION, REQUEST FOR NOTICE OF TRIAL, HEARINGS AND ORDERS, AND ORDER FOR RULE TO SHOW CAUSE**

---

SHERIFF'S RETURN
Lafayette Parish Sheriff

Date Served: _____, 20_____   Time: _____
Served: _____
Personal ( ) _____
Domiciliary ( ) on _____
Unable to Locate       Moved ( )          No Such Address ( )
Other Reason: _____
Received Too Late For Service  (   )
Service Of Within Papers
Costs Fee $_____     Mileage $_____     Total $_____
Deputy _____

---

**Children under 12 are not allowed in Court unless they are parties, witnesses or part of an educational group.  Please dress appropriately.  Cellular phones and beepers must be on silent or off.**



D20655700
cc_etwescott

Ordered by Atty.: R.J. FONSECA, JR

# RULE NISI

**JONAH J CORMIER**                    **Fifteenth Judicial District Court**

**VS**                                 **Docket Number: C-20111813 A**
                                       **Before Judge JOHN D. TRAHAN**

**CHASE HOME FINANCE LLC, ET AL**      Parish of Lafayette, Louisiana

---

TO:   **CHASE HOME FINANCE, LLC**
      **THROUGH ITS ATTORNEY OF RECORD:**
      **FRED J. DAIGLE, ATTORNEY AT LAW**
      **GRAHAM, ARCENEAUX, & ALLEN, LLC**
      **601 POYDRAS, SUITE 2210**
      **NEW ORLEANS, LA 70130**

   **BY VIRTUE OF** an order from the Honorable Court, Fifteenth Judicial District Court in and for the

Parish of Lafayette, State of Louisiana of date MARCH 29, 2011, you are hereby ordered to appear in Open

Court on **MAY 16, 2011, at 10:00 A.M.**, in order to show cause why you should not comply with the attached

order.

   **WITNESS THE HONORABLE**, Judges of the said Court, at Lafayette Parish, Louisiana, this March

30, 2011.

                    _Elizabeth Wescott_
                    _____
                    Deputy Clerk of Court
                    Lafayette Parish

**\*Attached are the following documents:**
**CC: PETITION FOR DAMAGES AND FOR PRELIMINARY OR PERMANENT INJUNCTIVE
RELIEF TO ARREST SEIZURE AND SALE, VERIFICATION, REQUEST FOR NOTICE OF TRIAL,
HEARINGS AND ORDERS, AND ORDER FOR RULE TO SHOW CAUSE**

---

SHERIFF'S RETURN
Lafayette Parish Sheriff

Date Served: _____, 20_____   Time: _____
Served: _____
Personal ( ) _____
Domiciliary ( ) on _____
Unable to Locate          Moved ( )            No Such Address ( ) ____
Other Reason: _____
Received Too Late For Service   ( )
Service Of Within Papers
Costs Fee $_____   Mileage $_____   Total $_____
Deputy _____

---

**Children under 12 are not allowed in Court unless they are parties, witnesses or part of an educational
group. Please dress appropriately. Cellular phones and beepers must be on silent or off.**

D20655676
cc_etwescott

Ordered by Atty.: R.J. FONSECA, JR

# CITATION

**JONAH J CORMIER**                    **Fifteenth Judicial District Court**

**VS**                                 **Docket Number: C-20111813 A**

**CHASE HOME FINANCE LLC, ET AL**      **Parish of Lafayette, Louisiana**

**STATE OF LOUISIANA**

**TO:   CHASE HOME FINANCE, LLC**
**THROUGH ITS ATTORNEY OF RECORD:**
**FRED J. DAIGLE, ATTORNEY AT LAW**
**GRAHAM, ARCENEAUX, & ALLEN, LLC**
**601 POYDRAS, SUITE 2210**
**NEW ORLEANS, LA  70130**

of the Parish of ORLEANS

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits). Alternatively, you should file an answer or other pleading to said petition in the office of the Clerk of the Fifteenth Judicial District Court, in the Lafayette Parish Courthouse, Lafayette, Louisiana, within fifteen (15) days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

Witness the Honorable Judges of said Court, this March 30, 2011.

*Elizabeth Wescott*
Deputy Clerk of Court
Lafayette Parish

**\*Attached are the following documents:**
**CC: PETITION FOR DAMAGES AND FOR PRELIMINARY OR PERMANENT INJUNCTIVE**
**RELIEF TO ARREST SEIZURE AND SALE, VERIFICATION, REQUEST FOR NOTICE OF TRIAL,**
**HEARINGS AND ORDERS, AND ORDER FOR RULE TO SHOW CAUSE**

SHERIFF'S RETURN
Lafayette Parish Sheriff

Date Served: _____, 20 ___  Time: _____

Served: _____

Personal (x) _____

Domiciliary ( ) on _____

Unable to Locate        Moved ( )        No Such Address ( )

Other Reason: _____

Received Too Late For Service  ( )

Service Of Within Papers

Costs Fee $ _____   Mileage $ _____   Total $ _____

Deputy _____

Lafayette Parish Clerk of Court
Filed This Day

APR 11 2011

By \_\_ Clerk of Court

D20655676
cc_etwescott

Ordered by Atty.: R.J. FONSECA, JR

# CITATION

| | |
|---|---|
| **JONAH J CORMIER** | **Fifteenth Judicial District Court** |
| **VS** | **Docket Number: C-20111813 A** |
| **CHASE HOME FINANCE LLC, ET AL** | **Parish of Lafayette, Louisiana** |

**STATE OF LOUISIANA**

TO:   **CHASE HOME FINANCE, LLC**
      **THROUGH ITS ATTORNEY OF RECORD:**
      **FRED J. DAIGLE, ATTORNEY AT LAW**
      **GRAHAM, ARCENEAUX, & ALLEN, LLC**
      **601 POYDRAS, SUITE 2210**
      **NEW ORLEANS, LA  70130**

of the Parish of ORLEANS

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits). Alternatively, you should file an answer or other pleading to said petition in the office of the Clerk of the Fifteenth Judicial District Court, in the Lafayette Parish Courthouse, Lafayette, Louisiana, within fifteen (15) days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.
Witness the Honorable Judges of said Court, this March 30, 2011.

*Elizabeth Wescott*
Deputy Clerk of Court
Lafayette Parish

**\*Attached are the following documents:**
**CC:  PETITION FOR DAMAGES AND FOR PRELIMINARY OR PERMANENT INJUNCTIVE**
**RELIEF TO ARREST SEIZURE AND SALE, VERIFICATION, REQUEST FOR NOTICE OF TRIAL,**
**HEARINGS AND ORDERS, AND ORDER FOR RULE TO SHOW CAUSE**

---

SHERIFF'S RETURN

Lafayette Parish Sheriff

Date Served: ____4  5  ____, 20 __11__  Time: _____
Served: _____
Personal(x) ____Sec Arnie_____
Domiciliary (  ) on _____
Unable to Locate      Moved (  )      No Such Address (  )
Other Reason: _____
Received Too Late For Service  (  )
Service Of Within Papers
Costs Fee $_____ Mileage $_____ Total $_____
Deputy ___Richard C Sandel 131_____

Lafayette Parish Clerk of Court
Filed This Day

APR 11 2011

*Carlyn Dugas*
By/Clerk of Court

1  9106  28

20592382

cc_etwescott

Ordered by Atty.:  R.J. FONSECA, JR

# RULE NISI

JONAH J CORMIER                          **Fifteenth Judicial District Court**

VS                                       **Docket Number: C-20111813 A**
                                         **Before Judge JOHN D. TRAHAN**

CHASE HOME FINANCE LLC, ET AL            **Parish of Lafayette, Louisiana**

TO:   **CHASE HOME FINANCE, LLC**
      **THROUGH ITS ATTORNEY OF RECORD:**
      **FRED J. DAIGLE, ATTORNEY AT LAW**
      **GRAHAM, ARCENEAUX, & ALLEN, LLC**
      **601 POYDRAS, SUITE 2210**
      **NEW ORLEANS, LA 70130**

    **BY VIRTUE OF** an order from the Honorable Court, Fifteenth Judicial District Court in and for the

Parish of Lafayette, State of Louisiana of date MARCH 29, 2011, you are hereby ordered to appear in Open

Court on **MAY 16, 2011**, at **10:00 A.M.**, in order to show cause why you should not comply with the attached

order.

    **WITNESS THE HONORABLE**, Judges of the said Court, at Lafayette Parish, Louisiana, this March

30, 2011.

                                                  *Elizabeth Wescott*
                                                  Deputy Clerk of Court
                                                     Lafayette Parish

**\*Attached are the following documents:**
**CC:  PETITION FOR DAMAGES AND FOR PRELIMINARY OR PERMANENT INJUNCTIVE**
**RELIEF TO ARREST SEIZURE AND SALE, VERIFICATION, REQUEST FOR NOTICE OF TRIAL,**
**HEARINGS AND ORDERS, AND ORDER FOR RULE TO SHOW CAUSE**

                          SHERIFF'S RETURN
                         Lafayette Parish Sheriff

Date Served: ___4 - 5 . ___, 20 _11_   Time: _____
Served: _____
Personal (X) _See Amie_ _____
Domiciliary ( ) on _____
Unable to Locate        Moved ( )          No Such Address ( )        .
Other Reason: _____
Received Too Late For Service  ( )
Service Of Within Papers
Costs Fee $_____   Mileage $_____   Total $_____
Deputy _Richard G Spandel_ /3/

**Children under 12 are not allowed in Court unless they are parties, witnesses or part of an educational**
**group.  Please dress appropriately.  Cellular phones and beepers must be on silent or off.**

Lafayette Parish Clerk of Court
Filed This Day

APR 1 1 2011

_Jailyn Dugas_
By Clerk of Court



## Marlin N. Gusman
### Sheriff, Orleans Parish
**421 Loyola Avenue**
**Room 403**
**New Orleans, LA 70112**

Parish:  Lafavette

R.  J. Fonseca

_____

Bar Roll Number: 26883

**Case: (28)20111813**        JONAH J CORMIER vs CHASE HOME FINANCE ETAL

I HEREBY CERTIFY, that the Sheriff's fees due Marlin N. Gusman in the above case amount to the following:

| Serial Number | Service Type | Return Charge |
|---|---|---|
| 1 | Citation & Petition | $20.00 |

### PLEASE RETURN STATEMENT WITH CHECK

New Orleans, LA

April 6, 2011

Larry J Reeves
Deputy Sheriff

Clerk of Court, 15th District
Hon. O. C. Dan Guilliot
P.O. Box 2009

Lafayette, La.  70502-2009



cc_etwescott

Ordered by Atty.:  R.J. FONSECA, JR

# RULE NISI

| | |
|---|---|
| **JONAH J CORMIER** | **Fifteenth Judicial District Court** |
| **VS** | **Docket Number: C-20111813 A**<br>**Before Judge JOHN D. TRAHAN** |
| **CHASE HOME FINANCE LLC, ET AL** | **Parish of Lafayette, Louisiana** |

TO:  **JPMORGAN CHASE & CO:**
**THROUGH THE SECRETARY OF STATE**

    **BY VIRTUE OF** an order from the Honorable Court, Fifteenth Judicial District Court in and for the

Parish of Lafayette, State of Louisiana of date MARCH 29, 2011, you are hereby ordered to appear in Open

Court on **MAY 16, 2011,** at **10:00 A.M.,** in order to show cause why you should not comply with the attached

order.

    **WITNESS THE HONORABLE,** Judges of the said Court, at Lafayette Parish, Louisiana, this March

30, 2011.

                          _Elizabeth Wescott_
                          Deputy Clerk of Court
                          Lafayette Parish

**\*Attached are the following documents:**
**CC: PETITION FOR DAMAGES AND FOR PRELIMINARY OR PERMANENT INJUNCTIVE
RELIEF TO ARREST SEIZURE AND SALE, VERIFICATION, REQUEST FOR NOTICE OF TRIAL,
HEARINGS AND ORDERS, AND ORDER FOR RULE TO SHOW CAUSE**

---

SHERIFF'S RETURN
Lafayette Parish Sheriff

Date Served: _____, 20_____   Time: _____   APR 06 2011

Served: _____

Personal ( ) _____ made service on the named party through the

Domiciliary ( ) on _____

Unable to Locate        Moved ( )        No Such Address        Office of the Secretary of State

Other Reason: _____

Received Too Late For Service   ( )        by tendering a copy of this document to        ☐ MEGHAN SHANKS

Service Of Within Papers        ☑ TAMMY GLOVER

Costs Fee $_____   Mileage $_____   Total $_____

Deputy _____        Cummins

                         ☐ JULIE NESBITT        Parish Baton Rouge, Louisiana        Deputy

---

**Children under 12 are not allowed in Court unless they are parties, witnesses or part of an educational
group.  Please dress appropriately.  Cellular phones and beepers must be on silent or off.**

Lafayette Parish Clerk of Court
Filed This Day

APR 11 2011

_Jaclyn Dugas_
Deputy Clerk of Court

20591582

cc_etwescott

Ordered by Atty.:  R.J. FONSECA, JR

# CITATION

| | |
|---|---|
| JONAH J CORMIER | Fifteenth Judicial District Court |
| VS | Docket Number: C-20111813 A |
| CHASE HOME FINANCE LLC, ET AL | Parish of Lafayette, Louisiana |

**STATE OF LOUISIANA**

TO:   **JPMORGAN CHASE & CO:**
   **THROUGH THE SECRETARY OF STATE**

of the Parish of E. BATON ROUGE

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits).  Alternatively, you should file an answer or other pleading to said petition in the office of the Clerk of the Fifteenth Judicial District Court, in the Lafayette Parish Courthouse, Lafayette, Louisiana, within fifteen (15) days after the service hereof.  Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

Witness the Honorable Judges of said Court, this March 30, 2011.

Deputy Clerk of Court
Lafayette Parish

**\*Attached are the following documents:**
**CC:  PETITION FOR DAMAGES AND FOR PRELIMINARY OR PERMANENT INJUNCTIVE RELIEF TO ARREST SEIZURE AND SALE, VERIFICATION, REQUEST FOR NOTICE OF TRIAL, HEARINGS AND ORDERS, AND ORDER FOR RULE TO SHOW CAUSE**

SHERIFF'S RETURN
Lafayette Parish Sheriff

Date Served: _____, 20_____  Time: _____

APR 0 6 2011

Served: _____

I made service on the named party through the

Personal ( ) _____

Office of the Secretary of State

Domiciliary ( ) on _____

by tendering a copy of this document to

Unable to Locate   Moved ( )   No Such Address ( )

☑ TAMMY GLOVER   ☐ MEGHAN SHANKS

Other Reason: _____

☐ JULIE NESBITT

Received Too Late For Service  ( )

E. Cummins

Service Of Within Papers

Deputy Sheriff, Parish of East Baton Rouge, Louisiana

Costs Fee $_____  Mileage $_____   Total $_____

Deputy _____

Lafayette Parish Clerk of Court
Filed This Day

APR 1 1 2011

By, Clerk of Court



D20055718
cc_etwescott

Ordered by Atty.: R.J. FONSECA, JR

# CITATION

| | |
|---|---|
| **JONAH J CORMIER** | **Fifteenth Judicial District Court** |
| **VS** | **Docket Number: C-20111813 A** |
| **CHASE HOME FINANCE LLC, ET AL** | **Parish of Lafayette, Louisiana** |

**STATE OF LOUISIANA**

TO:  CHASE HOME FINANCE, LLC
THROUGH ITS REGISTERED AGENT:
CT CORPORATION SYSTEM
5615 CORPORATE BLVD.
STE. 400B
BATON ROUGE, LA   70808

of the Parish of E. BATON ROUGE

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits). Alternatively, you should file an answer or other pleading to said petition in the office of the Clerk of the Fifteenth Judicial District Court, in the Lafayette Parish Courthouse, Lafayette, Louisiana, within fifteen (15) days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

Witness the Honorable Judges of said Court, this March 30, 2011.

*Elizabeth Wescott*
Deputy Clerk of Court
Lafayette Parish

**\*Attached are the following documents:**
**CC: PETITION FOR DAMAGES AND FOR PRELIMINARY OR PERMANENT INJUNCTIVE RELIEF TO ARREST SEIZURE AND SALE, VERIFICATION, REQUEST FOR NOTICE OF TRIAL, HEARINGS AND ORDERS, AND ORDER FOR RULE TO SHOW CAUSE**

SHERIFF'S RETURN
Lafayette Parish Sheriff

APR 06 2011

Date Served: _____, 20_____   Time: _____
Served: _____
Personal ( ) _____
Domiciliary ( ) on _____
Unable to Locate        Moved ( )        No Such Address ( )
Other Reason: _____
Received Too Late For Service  ( )
Service Of Within Papers
Costs Fee $_____   Mileage $_____   Total $_____
Deputy _____

made service on the named party through the
CT Corporation
by tendering a copy of this document to
LYNETTE BASS   ☐ JULIE CHISM
☐ LISA-UITECH   ☐ RODERICK THOMAS
*E. Cummins*
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

Lafayette Parish Clerk of Court
Filed This Day

APR 11 2011

*Jaclyn Dugas*
Deputy Clerk of Court

## Sid J. Gautreaux
### Sheriff East Baton Rouge Parish

Clerk of Court  Lafayette Parish
P.O. Box 2009

Lafayette, LA  70502

**DISTRICT COURT**

For the Parish of East Baton Rouge

4/7/2011

---

**Case: (28)  20111813**    JONAH J CORMIER vs CHASE HOME FINANCE LLC, ET AL
1,045,948

| Nbr | Date | Service Type | Charges |
|---|---|---|---|
| **RULE** | | | |
| 4 | 04/07/2011 | Mileage Charge | $9.36 |
| 4 | 04/07/2011 | RULE | $20.00 |
| | | JP MORGAN CHASE & CO; 1 Sos; BATON ROUGE, LA 70809 | |
| | | Case Total: | $29.36 |

| | | |
|---|---|---|
| | **Total:** | **$29.36** |

---

Please make check payable to:
Sid J. Gautreaux, Sheriff
P.O. Box 3277
Baton Rouge, LA 70821

PLEASE RETURN THIS BILL WITH CHECK



D20033142
cc_etwescott

Ordered by Atty.: R.J. FONSECA, JR

# RULE NISI

**JONAH J CORMIER**                    **Fifteenth Judicial District Court**

**VS**                                          **Docket Number: C-20111813 A**
                                              **Before Judge JOHN D. TRAHAN**

**CHASE HOME FINANCE LLC, ET AL**    **Parish of Lafayette, Louisiana**

---

TO:   **CHASE HOME FINANCE, LLC**
      **THROUGH ITS REGISTERED AGENT:**
      **CT CORPORATION SYSTEM**
      **5615 CORPORATE BLVD.**
      **STE. 400B**
      **BATON ROUGE, LA 70808**


    **BY VIRTUE OF** an order from the Honorable Court, Fifteenth Judicial District Court in and for the

Parish of Lafayette, State of Louisiana of date MARCH 29, 2011, you are hereby ordered to appear in Open

Court on **MAY 16, 2011**, at **10:00 A.M.**, in order to show cause why you should not comply with the attached

order.

    **WITNESS THE HONORABLE**, Judges of the said Court, at Lafayette Parish, Louisiana, this March

30, 2011.

*Elyabriel Illescott*
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Deputy Clerk of Court
Lafayette Parish

**\*Attached are the following documents:**
**CC:  PETITION FOR DAMAGES AND FOR PRELIMINARY OR PERMANENT INJUNCTIVE**
**RELIEF TO ARREST SEIZURE AND SALE, VERIFICATION, REQUEST FOR NOTICE OF TRIAL,**
**HEARINGS AND ORDERS, AND ORDER FOR RULE TO SHOW CAUSE**

---

SHERIFF'S RETURN
Lafayette Parish Sheriff

Date Served: _____, 20_____ Time: _____
Served: _____
Personal ( ) _____
Domiciliary ( ) on _____
Unable to Locate         Moved ( )          No Such Address ( )
Other Reason: _____
Received Too Late For Service  ( )
Service Of Within Papers
Costs Fee $_____    Mileage $_____    Total $_____
Deputy _____

*APR 06 2011*

*...ed service on the named party through the*

*CT Corporation*

*y tendering a copy of this document to*

☐ LYNETTE BASS          ☐ JULIE GHISM

☐ RODERICK THOMAS

☐ LISA UTTECH

*Deputy Sheriff, ... East Baton Rouge, Louisiana*

---

**Children under 12 are not allowed in Court unless they are parties, witnesses or ... group.  Please dress appropriately.  Cellular phones and beepers must be ... off.**

Lafayette Parish Clerk of Court
Filed This Day

**APR 11 2011**

*Jaclyn Dugas*
By/Clerk of Court

**Sid J. Gautreaux**
**Sheriff East Baton Rouge Parish**

Clerk of Court  Lafayette Parish
P.O. Box 2009

Lafayette, LA  70502

**DISTRICT COURT**
For the Parish of East Baton Rouge
4/5/2011

| Case: (28)  20111813 | | JONAH J CORMIER vs CHASE HOME FINANCE LLC, ET AL | |
| --- | --- | --- | --- |
| 1,045,948 | | | |
| **Nbr** | **Date** | **Service Type** | **Charges** |
| **RULE** | | | |
| 3 | 04/05/2011 | Mileage Charge | $9.36 |
| 3 | 04/05/2011 | RULE | $20.00 |
| | | CHASE HOME FINANCE, LLC; 1 Ct; BATON ROUGE, LA 70809 | |
| | | **Case Total:** | **$29.36** |
| | | **Total:** | **$29.36** |

| Please make check payable to:<br>Sid J. Gautreaux, Sheriff<br>P.O. Box 3277<br>Baton Rouge, LA 70821 | PLEASE RETURN THIS BILL WITH CHECK |
| --- | --- |

APR.20.2011   3:49PM   MCGLINCHEY BR                          NO.336   P.1/5



⑤ McGLINCHEY STAFFORD PLLC   --------------------------------
                                            ⌐        20843785        ⌐

                                  LOUISIANA   MISSISSIPPI   NEW YORK   OHIO   TEXAS

74⁰⁰

## MEMORANDUM OF TRANSMITTAL

**April 20, 2011**

**TO:**      Clerk of Court, Lafayette Parish

      **Fax Number** (337) ~~291-6392~~ 291- 6480

**FROM:**   Jonathan Wilbourn

**RE:**      **Jouah J. Cormier vs. JPMorgan Chase & Co. and Chase Home Finance,
             LLC; Suit No. 2011-1813; Div. "A"
             Our File No. 13962.652**

**MESSAGES, NOTES, COMMENTS:**

*FAX*

**NO. OF PAGES:**    (Including Cover)

CLERK OF COURT
LAFAYETTE PARISH LA
2011 APR 20  PM 4: 03

**IF YOU EXPERIENCE DIFFICULTIES IN TRANSMISSION, OR DO NOT RECEIVE
ALL PAGES INDICATED, PLEASE CONTACT SUSAN SMITH, AT EXT. 454.**

Confidentiality Statement

"The information contained in this facsimile message is attorney privileged and confidential information intended only for the use of the individual or entity named
above. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any
disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately
notify us by telephone and return the original message to us at the above address via the United States Postal Service."

Fourteenth Floor, One American Place, Baton Rouge, LA 70825 • (225) 383-9000 • Fax (225) 343-3076 • www.mcglinchey.com



20843744

## 15th JUDICIAL DISTRICT COURT FOR THE PARISH OF LAFAYETTE
## STATE OF LOUISIANA

NO. 2011-1813                                            DIV. "A"

### JONAH J. CORMIER

### VERSUS

### JPMORGAN CHASE & CO. and CHASE HOME FINANCE LLC

FILED:_____

                                          DEPUTY CLERK

### CONSENT MOTION FOR EXTENSION OF TIME TO
### FILE RESPONSIVE PLEADINGS

NOW INTO COURT, through undersigned counsel, comes Chase Home Finance LLC and JPMorgan Chase & Co. (collectively "Chase"), who, while reserving all challenges to venue, the sufficiency of service of process, rights to compel arbitration, and any available defenses, requests an extension of time of an additional thirty (30) days in which to file responsive pleadings in the above-captioned matter for the following reasons:

1.

Chase was served with a copy of the plaintiff's petition on April 6, 2011.

2.

Chase requires additional time to investigate the factual assertions and claims made in the petition in order to prepare appropriate responsive pleadings.

3.

Chase's responsive pleadings are currently due on April 21, 2011.

4.

Chase requests an additional thirty (30) days within which to investigate the claims and file responsive pleadings, which is through and including May 23, 2011.

5.

This is the first request for an extension of time filed by Chase.

6.

Undersigned counsel has conferred with counsel for the plaintiff (R.J. Fonseca), who has represented that he has no objection to Chase's request for a thirty day extension of time in which to file responsive pleadings.

378358.1

WHEREFORE, Chase Home Finance LLC and JPMorgan Chase & Co. request that they be granted an additional thirty (30) days within which to file responsive pleadings, which is through and including May 23, 2011.

RESPECTFULLY SUBMITTED:

McGLINCHEY STAFFORD, PLLC

_____

Michael D. Ferachi (Bar No. 19566)
Jonathan G. Wilbourn (Bar No. 27683)
Fourteenth Floor, One American Place
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000
Telecopier: (225) 343-3076

**ATTORNEYS CHASE HOME FINANCE LLC
and JPMORGAN CHASE & CO.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served upon all counsel of record in this matter via U. S. Mail, first class, postage prepaid and properly addressed, this 20th day of April, 2011.

_____
Jonathan G. Wilbourn

PLEADING FILED THIS 20
day of APRIL, 20 11

378358.1

APR.20.2011   3:50PM   MCGLINCHEY BR                    NO.336    P.5/5

## 15th JUDICIAL DISTRICT COURT FOR THE PARISH OF LAFAYETTE
### STATE OF LOUISIANA

NO. 2011-1813                                                DIV. "A"

### JONAH J. CORMIER

### VERSUS

### JPMORGAN CHASE & CO. and CHASE HOME FINANCE LLC

FILED:_____        _____
                                        DEPUTY CLERK

### ORDER

The Consent Motion for Extension of Time considered;

IT IS HEREBY ORDERED that Chase Home Finance LLC and JPMorgan Chase & Co. be allowed an additional thirty (30) days, which is through and until May 23, 2011, in which to provide responsive pleadings to the petition filed in this matter.

THUS DONE AND SIGNED in _____, State of Louisiana on the ____ day of _____, 2011.


                              _____
                              Judge, 15th Judicial District Court
                              Parish of Lafayette, State of Louisiana

378358.1

04/20/2011 14:48 FAX  3372916480        LAF PAR CLERK CIVIL                    ☑001

```
                    *********************
                    ***   RX REPORT   ***
                    *********************


RECEPTION OK

TX/RX NO             9934
RECIPIENT ADDRESS    225 343 3076
DESTINATION ID
ST. TIME             04/20 14:47
TIME USE             00'42
PGS.                    5
RESULT               OK
```

APR.20.2011  3:50PM  MCGLINCHEY BR                                   NO. 335   P.3/5



20843827

JONATHAN G. WILBOURN
(225) 382-3604 Direct Telephone
(225) 612-7113 Direct Facsimile
jwilbourn@mcglinchey.com

FLORIDA   LOUISIANA   MISSISSIPPI   NEW YORK   OHIO   TEXAS

April 20, 2011

*VIA FACSIMILE (337) 291-6392*
*AND OVERNIGHT MAIL*

Clerk of Court
15th Judicial District Court, Lafayette Parish
800 S. Buchanan St.
PO Box 2009
Lafayette, LA  70502

13962.652

RE:   Jonah J. Cormier vs. JPMorgan Chase & Co. and Chase Home Finance,
       LLC; Suit No. 2011-1813; Div. "A"

Dear Clerk:

Enclosed please find an original and one copy of the Consent Motion for Extension of
Time to File Responsive Pleadings in connection with the referenced matter. Please file stamp
the additional copy and return it to me for my files.

Sincerely,

McGlinchey Stafford, PLLC

Jonathan G. Wilbourn

JW:ss
Enclosure
cc:   R.J. Fonseca

Fourteenth Floor, One American Place • Baton Rouge, LA 70825 • (225) 383-9000 • Fax (225) 343-3076 • www.mcglinchey.com

TO:    COMMISSIONER OF INSURANCE
       P. O. BOX 94214
       BATON ROUGE, LA 70804

FROM:  CLERK OF COURT, PARISH OF ___Lafayette___          20927596

RE:    R.S. 9:2800.7                        PERSONAL INJURY SUIT

Section A shall be obtained by the Clerk of Court at the time suit is filed and submitted to the Commissioner of Insurance within 30 days of filing.  Section A shall also be completed at the time judgment becomes definitive.

A.   INITIAL INFORMATION
     1.  Caption of Suit: __Jonah J. Cormier__

                              vs

         __Chase Home Finance, etal__

         a). Parish: __Lafayette__          b). Docket No.: __2011813 A__
         c). Judicial District: __15th JDC__  d). Filing Date: __3-28-11__
         e). Type Suit: __Petition for Damages__
             1. ____ Auto                      7. ____ Professional Liability
             2. ____ Uninsured Motorist            a. ____ Medical
             3. ____ Government Liability          b. ____ Legal
             4. ____ General Liability             c. ____ Architectural
             5. ____ Products Liability            d. ____ Accounting
             6. ____ Property Damage              e. ____ Engineering
                                  8. ____ Other

     2. Nature of Injuries (If ascertainable from petition):
        __Not applicable. This suit is for damage to financial standing.__
        _____
        _____

Section B shall be obtained by the Clerk of Court and submitted to the Commissioner of Insurance within 30 days of definitive judgment. (Section A (I) a-e must also me completed in order to accurately report.)

B.   JUDGMENT INFORMATION:
     a.  Judgment by the Merit Trial:
         a). ____ Judge         ____ Jury
         b). ____ For the Plaintiff        ____ For the Defendant
         c). ____ Judgment awarded, exclusive of interest and costs:
             i.    ____ -0-
             ii.   ____ - 0- but less than $10,000
             iii.  ____ $10,000 but less than $25,000
             iv.   ____ $25,000 but less than $50,000
             v.    ____ $50,000 but less than $100,000
             vi.   ____ $100,000 but less than $250,000
             vii.  ____ $250,000 but less than $500,000
             viii. ____ $500,000 but less than $750,000
             ix.   ____ $750,000 but less than 1,000,000
             x.    ____ $1,000,000 but less than $2,000,000
             xi.   ____ $2,000,000 or more

         Date of judgment:_____

     2.  Appeal Status:
         a). ____ Appeal Entered        b). ____ No Appeal Entered
     Section C shall be completed by the Clerk of Court and submitted to the Commissioner of Insurance within 30 days of dismissal.

C.   DISMISSAL INFORMATION
     a.  Date of dismissal:_____
     b.  ____ With Prejudice          ____ Without Prejudice

D.   PROCESSING FEE - $10.00 shall be taxed as costs of court in each suit on which the information required by this section is submitted by the Clerk of Court.  Upon rendering of judgment under Section B of this form or dismissal under Section C of this form, $5.00 shall be paid to the Commissioner of Insurance by the Clerk of Court and $5.00 shall be retained by the Clerk from the court costs paid in Section D.

Clerk or Deputy Clerk:_____

# FONSECA & ASSOCIATES

**ATTORNEYS AND COUNSELORS AT LAW**
A Professional Limited Liability Company

| 217 RUE LOUIS XIV SUITE 100 | LAFAYETTE, LOUISIANA 70508 |
| OFFICE: (337) 456-1163 | FACSIMILE: (337) 232-8740 |

April 19, 2011

Honorable Louis J. Perret
Clerk of Court, Lafayette Parish
P.O. Box 2009
Lafayette, LA  70502

Re:    **Jonah J. Cormier v. Chase Home Finance, LLC, et al**
        **Docket No. C-20111813 A**
        **15th Judicial District Court**
        **Lafayette Parish, Louisiana**

Dear Mr. Perret:

In connection with the above, please find enclosed the required insurance reporting form as requested by your office upon filing of my Petition for Damages.

Should you have any questions or require anything further to comply with my request, please do not hesitate to contact my office.

Thanking you in advance for your usual prompt and courteous service, I remain,

Truly yours,

R. J. Fonseca
Attorney at Law

RJF/tf

Enclosure



D20987509
cc_jbdugas

**Louis J. Perret**
**Clerk of Court, Lafayette Parish**
**P. O. Box 2009**
**Lafayette, LA  70502**
**Telephone:  (337) 291-6400**

**April 21, 2011**

# FACSIMILE TRANSMISSION RECEIPT

RE:   JONAH J CORMIER
       VS
       CHASE HOME FINANCE LLC, ET AL
       Docket Number: C-20111813 A

DATE FASCIMILE RECEIVED:   APRIL 20-2011
DESCRIPTION OF PLEADING:   CONSENT MOTION FOR EXTENSION OF TIME TO FILE
                                          RESPONSIVE PLEADINGS
FILED ON BEHALF OF:          CHASE HOME FINANCE LLC AND JPMORGAN CHASE & CO.
ATTORNEY:                       JONATHAN G. WILBOURN
RECEIPT FAXED TO NUMBER:  225-343-3076

This is to acknowledge that the above described facsimile transmission was received and filed on the date shown above.  In accordance with R.S. 13:850, the original must be received by our office within five (5) days (exclusive of legal holidays) from the date the facsimile was received, along with a filing fee of <u>$74.00</u> which includes a transmission fee of $5.00.  **Please note that this amount does not reflect any money that you may have on deposit in this matter.  It is strictly the amount that is needed to file the above faxed pleading.**

**IF YOU HAVE ANY QUESTIONS REGARDING COURT COST IN THIS MATTER, PLEASE CONTACT THE COST DEPARTMENT AT (337) 291-6314.**

The Lafayette Parish Clerk of Court's office will not process from a facsimile filing.  We will process from original documents only.

Receipt Acknowledged,

Deputy Clerk Of Court
Lafayette Parish

04/21/2011 13:07 FAX 3372916480    LAF PAR CLERK CIVIL    ☑001

```
*********************
***  TX REPORT  ***
*********************

TRANSMISSION OK

TX/RX NO              1928
RECIPIENT ADDRESS     912253433076
DESTINATION ID
ST. TIME              04/21 13:06
TIME USE              00'44
PAGES SENT            1
RESULT               OK
```

D20987509
cc_jbdugas

**Louis J. Perret**
**Clerk of Court, Lafayette Parish**
**P. O. Box 2009**
**Lafayette, LA 70502**
**Telephone: (337) 291-6400**

**April 21, 2011**

# FACSIMILE TRANSMISSION RECEIPT

RE:    JONAH J CORMIER
       VS
       CHASE HOME FINANCE LLC, ET AL
       Docket Number: C-20111813 A

DATE FASCIMILE RECEIVED:    APRIL 20-2011
DESCRIPTION OF PLEADING:    CONSENT MOTION FOR EXTENSION OF TIME TO FILE
                            RESPONSIVE PLEADINGS
FILED ON BEHALF OF:         CHASE HOME FINANCE LLC AND JPMORGAN CHASE & CO.
ATTORNEY:                   JONATHAN G. WILBOURN
RECEIPT FAXED TO NUMBER:    225-343-3076

This is to acknowledge that the above described facsimile transmission was received and filed on the date shown above. In accordance with R.S. 13:850, the original must be received by our office within five (5) days (exclusive of legal holidays) from the date the facsimile was received, along with a filing fee of $74.00 which includes a transmission fee of $5.00. **Please note that this amount does not reflect any money that you may have on deposit in this matter. It is strictly the amount that is needed to file the above faxed pleading.**

**IF YOU HAVE ANY QUESTIONS REGARDING COURT COST IN THIS MATTER, PLEASE CONTACT THE COST DEPARTMENT AT (337) 291-6314.**

The Lafayette Parish Clerk of Court's office will not process from a facsimile filing. We will process from original documents only.

Receipt/Acknowledged,

_Jaclyn Dugas_

Deputy Clerk of Court
Lafayette Parish



15TH JUDICIAL DISTRICT COURT FOR THE PARISH OF LAFAYETTE

STATE OF LOUISIANA

NO.: C-20111813                                      DIVISION A/3

JONAH J. CORMIER

versus

JPMORGAN CHASE & CO AND CHASE HOME FINANCE, LLC

_____

### MOTION TO CONTINUE WITHOUT DATE

    **NOW INTO COURT,** through undersigned counsel, comes Plaintiff, **JONAH J. CORMIER,** who is moving this court for a continuance and respectfully represents:

**1.**

This matter is presently set for Rule to Show Cause on Monday, May 16, 2011.

**2.**

Counsel for Defendant has no objection to continuance.

    WHEREFORE, undersigned counsel moves for a continuance in this matter.

FILED THIS _19_
DAY OF _April_ , 20 _11_

_Heather M. Comeaux_
Deputy Clerk of Court

Respectfully Submitted By:

Ramon. J. Fonseca, Jr., #26883
217 Rue Louis XIV, Suite 100
Lafayette, Louisiana 70508
Office (337) 456-1163
Facsimile (337) 232-8740

### ORDER

    Foregoing Motion considered, IT IS ORDERED that the continuance is hereby granted and the Trial be continued without date.

Lafayette, Louisiana this _25th_ day of _April_ , 2011.

DISTRICT JUDGE

### CERTIFICATE OF SERVICE

    I certify that I have served a copy of the foregoing pleading on all counsel to this proceeding by facsimile transmission, hand delivery, or by placing same in the United States mail, postage prepaid this 18th day of April, 2011.

R. J. FONSECA, JR.

FILED THIS _25_
DAY OF _April_ , 20 _11_

_Heather M. Comeaux_
Deputy Clerk of Court

STATE OF LOUISIANA PARISH OF LAFAYETTE
I hereby certify that a certified copy of the
judgment/order has been mailed/served on
parties this _2nd_ day of _May_ , 20 _11_

_Heather M. Comeaux_
Deputy Clerk of Court

CC: Ramon J. Fonseca, Jr
Jonathan G. Wilbourn

A TRUE COPY ATTEST
Lafayette, La. _5-2-11_
_Heather M. Comeaux_
DY. CLERK OF COURT

15th JUDICIAL DISTRICT COURT FOR THE PARISH OF LAFAYETTE
STATE OF LOUISIANA

NO. 2011-1813                                                                    DIV. "A"

JONAH J. CORMIER

VERSUS

JPMORGAN CHASE & CO. and CHASE HOME FINANCE LLC

FILED:_____                    _____
                                                                          DEPUTY CLERK

CONSENT MOTION FOR EXTENSION OF TIME TO
FILE RESPONSIVE PLEADINGS

NOW INTO COURT, through undersigned counsel, comes Chase Home Finance LLC and JPMorgan Chase & Co. (collectively "Chase"), who, while reserving all challenges to venue, the sufficiency of service of process, rights to compel arbitration, and any available defenses, requests an extension of time of an additional thirty (30) days in which to file responsive pleadings in the above-captioned matter for the following reasons:

1.

Chase was served with a copy of the plaintiff's petition on April 6, 2011.

2.

Chase requires additional time to investigate the factual assertions and claims made in the petition in order to prepare appropriate responsive pleadings.

3.

Chase's responsive pleadings are currently due on April 21, 2011.

4.

Chase requests an additional thirty (30) days within which to investigate the claims and file responsive pleadings, which is through and including May 23, 2011.

5.

This is the first request for an extension of time filed by Chase.

6.

Undersigned counsel has conferred with counsel for the plaintiff (R.J. Fonseca), who has represented that he has no objection to Chase's request for a thirty day extension of time in which to file responsive pleadings.

378358.1

WHEREFORE, Chase Home Finance LLC and JPMorgan Chase & Co. request that they be granted an additional thirty (30) days within which to file responsive pleadings, which is through and including May 23, 2011.

RESPECTFULLY SUBMITTED:

McGLINCHEY STAFFORD, PLLC

_____

Michael D. Ferachi (Bar No. 19566)
Jonathan G. Wilbourn (Bar No. 27683)
Fourteenth Floor, One American Place
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000
Telecopier: (225) 343-3076

**ATTORNEYS CHASE HOME FINANCE LLC**
**and JPMORGAN CHASE & CO.**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served upon all counsel of record in this matter via U. S. Mail, first class, postage prepaid and properly addressed, this 20th day of April, 2011.

_____
Jonathan G. Wilbourn

FILED THIS 25 DAY OF april, 2011
TRUE COPY ATTEST, LAFAYETTE, LA

_____
Deputy Clerk of Court

378358.1

15th JUDICIAL DISTRICT COURT FOR THE PARISH OF LAFAYETTE
STATE OF LOUISIANA

NO. 2011-1813                                                    DIV. "A"

JONAH J. CORMIER

VERSUS

JPMORGAN CHASE & CO. and CHASE HOME FINANCE LLC

FILED:_____          _____
                                                DEPUTY CLERK

ORDER

The Consent Motion for Extension of Time considered;

IT IS HEREBY ORDERED that Chase Home Finance LLC and JPMorgan Chase & Co.

be allowed an additional thirty (30) days, which is through and until May 23, 2011, in which to

provide responsive pleadings to the petition filed in this matter.

THUS DONE AND SIGNED in _Crowley_, State of Louisiana on the 28

day of _____April_____, 2011.

s/ John D. Trahan
Judge, 15th Judicial District Court
Parish of Lafayette, State of Louisiana

FILED THIS 28 DAY OF april, 20 11
TRUE COPY ATTEST, LAFAYETTE, LA

Elizabeth Wiscott
Deputy Clerk of Court

378358.1